# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HABEEBULLAH RASHEED, ) | |
| Plaintiff, ) | Case No. 2:11-cv-01411-JCM-CWH |
| vs. ) | **ORDER** |
| NEVADA DEPT. OF CORRECTIONS, *et al.*, ) | |
| Defendants. ) | |

    This matter is before the Court on Defendants' Motion for an Enlargement of Time (#5), filed December 28, 2011.

    Defendants request that the informal settlement period be extended for 35 days from January 11, 2012 to February 15, 2012. The Court finds that there is good cause for the request. Accordingly,

    **IT IS HEREBY ORDERED** that Defendants' Motion for an Enlargement of Time (#5) is **granted**. The informal settlement period is extended 35 days from January 11, 2012 to February 15, 2012.

    DATED this 30th day of December, 2011.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**