# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| HABEEBULLAH RASHEED, | ) | |
| Plaintiff, | ) | 2:11-cv-1411-JCM-CWH |
| vs. | ) | **ORDER** |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.* | ) | |
| Defendants. | ) | |

This matter comes before the Court on Plaintiff's Motion to Receive Free Copies of Complaint (#17), filed March 27, 2012.

The statute providing authority to proceed *in forma pauperis* does not include the right to obtain court documents without payment. *See* 28 U.S.C. § 1915. Generally, courts do no allow plaintiffs proceeding *in forma pauperis* to receive free copies of documents from the court without the plaintiff demonstrating a specific showing of need. *See, e.g., Douglas v. Green*, 327 F.2d 661, 662 (6th Cir. 1964) (no free copies in the absence of specific statement of what document is requested and a showing of the need for such copies). Here, Plaintiff requests that the Court provide him a free copy of his complaint filed in this action in order to amend parties. Because Defendants have attached a copy of the complaint to their opposition, this request is moot. Accordingly,

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Receive Free Copies of Complaint (#17) is **denied as moot**.

Dated this 4th day of April, 2012.

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE